**Order entered July 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00005-CV

**PRISCILLA ALIA MCCURDY, Appellant**

**V.**

**RANDY LIGGETT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

## ORDER

By letter dated June 26, 2019, we directed appellant to file, within ten days, written verification she had requested the record and either paid or made arrangements to pay the reporter's fee or was entitled to proceed without payment of costs. Although we cautioned that failure to comply could result in the appeal being submitted without the reporter's record, appellant has failed to comply. *See* Tex. R. App. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than August 14, 2019.

/s/     BILL WHITEHILL
       JUSTICE